UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **MAXRELIEF USA, INC.,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| *Plaintiff,* | ) | |
| | ) | **5:22-cv-00270-LCB** |
| v. | ) | |
| | ) | |
| **FULFYLD, LLC,** | ) | |
| | ) | |
| *Defendant.* | ) | |

## NOTICE OF APPEARANCE

Elena L. Bauer of the law firm of Burr & Forman LLP enters her appearance as additional counsel of record for Plaintiff MaxRelief USA, Inc. Undersigned counsel respectfully requests that a copy of all future correspondence, pleadings, orders, discovery, and other papers served on counsel for the parties be also served on her.

Dated: May 5, 2023

/s/ *Elena L. Bauer*
Denzel E. Okinedo (ASB-1195-H21C)
Elena L. Bauer (ASB-1062-x42t)
BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203
Telephone: (205) 458-5469
Facsimile: (205) 458-5100
dokinedo@burr.com
ebauer@burr.com

50798108 v1

Jason S. Nardiello
*(pro hac vice)*
**NARDIELLO LAW PLLC**
1341 W. Mockingbird Lane
Suite 600W, #143
Dallas, Texas 75247
(214) 974-5468 (phone)
(214) 974-5468 (fax)
*jason@nardiello.law*

*Attorneys for MaxRelief USA, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document on the following by Notice of Electronic Filing or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail and/or e-mail on this the 5th day of May, 2023:

Charles A. Ray, IV, Esq.
200 Westside Square, Ste. 50
P.O. Box 13545
Huntsville, Alabama 35801
(256) 346-1900
cray@charlesraypc.com

*s/ Elena L. Bauer*
OF COUNSEL