# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **MAXRELIEF USA, INC.,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| *Plaintiff,* | ) | |
| | ) | **5:22-cv-00270-LCB** |
| v. | ) | |
| | ) | |
| **FULFYLD, LLC,** | ) | |
| | ) | |
| *Defendant.* | ) | |

## NOTICE OF APPEARANCE

Benjamin B. Coulter of the law firm of Burr & Forman LLP enters his appearance as additional counsel of record for Plaintiff MaxRelief USA, Inc. Undersigned counsel respectfully requests that a copy of all future correspondence, pleadings, orders, discovery, and other papers served on counsel for the parties be also served on him.

Dated: May 10, 2023

/s/ *Benjamin B. Coulter*
Benjamin B. Coulter (ASB-2762-A42C)
Denzel E. Okinedo (ASB-1195-H21C)
Elena L. Bauer (ASB-1062-X42T)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: (205) 458-5469
Facsimile: (205) 458-5100

50818399 v1

bcoulter@burr.com
dokinedo@burr.com
ebauer@burr.com

*Attorneys for MaxRelief USA, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on the following by Notice of Electronic Filing or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail and/or e-mail on this the 10th day of May, 2023:

Charles A. Ray, IV, Esq.
200 Westside Square, Ste. 50
P.O. Box 13545
Huntsville, Alabama 35801
(256) 346-1900
cray@charlesraypc.com

/s/ *Benjamin B. Coulter*
OF COUNSEL