# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **MAXRELIEF USA, INC.,** | ) |
| *Plaintiff*, | ) **CIVIL ACTION NO.** |
| | ) |
| v. | ) **5:22-cv-00270-LCB** |
| | ) |
| **FULFYLD, LLC,** | ) |
| *Defendant*. | ) |

## NOTICE OF WITHDRAWAL

COMES NOW Jason Nardiello and hereby notifies this Court of his withdrawal as counsel for Plaintiff MaxRelief USA, Inc. As grounds for withdrawal, Jason Nardiello states that he is no longer representing Plaintiff MaxRelief USA, Inc. Plaintiff MaxRelief USA, Inc. will continue to be represented by counsel with the law firm of Burr & Forman LLP.

WHEREFORE, premises considered, Jason Nardiello withdraws as counsel for Plaintiff MaxRelief USA, Inc.

Respectfully submitted this the 11th day of May, 2023:

/s/ *Jason S. Nardiello*
Jason S. Nardiello *(pro hac vice)*

50812116 v1

**NARDIELLO LAW PLLC**
1341 W. Mockingbird Lane
Suite 600W, #143
Dallas, Texas 75247
(214) 974-5468 (phone)
(214) 974-5468 (fax)
*jason@nardiello.law*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document on the following by Notice of Electronic Filing or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail and/or e-mail on this the 11th day of May, 2023:

Charles A. Ray, IV, Esq.
200 Westside Square, Ste. 50
P.O. Box 13545
Huntsville, Alabama 35801
(256) 346-1900
cray@charlesraypc.com

    /s/ *Jason S. Nardiello*
    Jason S. Nardiello *(pro hac vice)*