# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **MAXRELIEF USA, INC.,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| *Plaintiff,* | ) | |
| | ) | **5:22-cv-00270-LCB** |
| v. | ) | |
| | ) | |
| **FULFYLD, LLC,** | ) | |
| | ) | |
| *Defendant.* | ) | |

### MOTION FOR AMENDMENT TO SCHEDULING ORDER

Plaintiff MaxRelief USA, Inc. ("MaxRelief") respectfully moves this Court for an Order amending the Amended Scheduling Order (Doc. 25) entered by the Court on December 1, 2022. In support of this Motion, MaxRelief states as follows:

1. MaxRelief requests a continuance of the deadlines set forth in the Court's Amended Scheduling Order dated December 1, 2022 (Doc. 25) because counsel for MaxRelief recently changed and the parties have agreed to attempt to resolve the dispute between them in mediation.

2. On May 2, 2023, MaxRelief terminated its relationship with Nardiello Law, PLLC as counsel in this matter. MaxRelief has since appointed Burr & Forman, LLP to provide counsel in this matter. Though Burr & Forman, LLP served as local counsel in this matter prior to May 2, 2023, Burr & Forman, LLP's involvement was very limited.

3. Current counsel for MaxRelief is in the process of getting fully up to speed and has discussed a revised Scheduling Order with Fulfyld. The parties have agreed to continue certain deadlines in the Scheduling Order and seek the opportunity to discuss modifications to the current Scheduling Order with the Court at the Court's convenience.

50833942 v1

4.      Moreover, after the change in counsel the parties discussed and agreed to submit their claims to mediation. For this reason, MaxRelief also requests that the Court continue the deadlines set forth in the aforementioned Scheduling Order.

5.      The relief sought herein will not unfairly prejudice these proceedings or any party, and would serve the interest of justice and its orderly administration. The parties have discussed this motion, and Fulfyld has indicated a willingness to amend the Scheduling Order in part.

WHEREFORE, Plaintiff MaxRelief respectfully requests that the Court allow the parties to submit a jointly proposed revision to this Court's existing Amended Scheduling Order within ten (10) days and that the Court schedule a status conference to discuss the parties' proposed revisions to the Scheduling Order.

Respectfully submitted this the 12th day of May, 2023.

 /s/ Elena L. Bauer
Benjamin B. Coulter
Denzel E. Okinedo
Elena L. Bauer
*Attorneys for Plaintiff*

BURR & FORMAN LLP
420 20th Street N, Suite 3400
Birmingham, AL 35203
Tel: (205) 251-3000
Fax: (205) 458-5400
bcoulter@burr.com
dokinedo@burr.com
ebauer@burr.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document on the following by Notice of Electronic Filing or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail and/or e-mail on this the 12th day of May, 2023:

Charles A. Ray, IV, Esq.<br>
200 Westside Square, Ste. 50<br>
P.O. Box 13545<br>
Huntsville, Alabama 35801<br>
(256) 346-1900<br>
cray@charlesraypc.com

/s/ *Elena L. Bauer*
Elena L. Bauer