# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **MAXRELIEF USA, INC.,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| *Plaintiff*, | ) | |
| | ) | **5:22-cv-00270-LCB** |
| v. | ) | |
| | ) | |
| **FULFYLD, LLC,** | ) | |
| | ) | |
| *Defendant.* | ) | |

## MOTION TO CONTINUE MOTION HEARING SET FOR OCTOBER 24, 2023
## (UNOPPOSED)

Plaintiff MaxRelief USA, Inc., with the consent of Defendant Fulfyld, LLC, respectfully requests that the Court continue the motion hearing set for October 24, 2023, Doc. 58. In support, Plaintifff states as follows:

1. On October 20, 2023, the Court entered a text order setting a Motion Hearing for 10:00 a.m. on Tuesday, October 24, 2023. (Doc. 58).

2. Litigation Counsel for Plaintiff will be in scheduled depositions and traveling out of the country for business from October 23, 2023, through October 25, 2023.

3. Plaintiff therefore respectfully requests that the Court continue the Motion Hearing until after October 25, 2023.

4. Counsel for the Plaintiff has consulted with counsel for the Defendant, and the Defendant has no objection to the requested extension.

51972831 v1

Respectfully submitted this October 20, 2023.

                                             */s/ Elena L. Bauer*
                                             Elena L. Bauer
                                             BURR & FORMAN LLP
                                             420 20th Street N, Suite 3400
                                             Birmingham, AL 35203
                                             ebauer@burr.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on the following by Notice of Electronic Filing or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail and/or e-mail on this the 20th day of October, 2023:

Charles A. Ray, IV, Esq.
200 Westside Square, Ste. 50
P.O. Box 13545
Huntsville, Alabama 35801
(256) 346-1900
cray@charlesraypc.com

                                             /s/ *Elena L. Bauer*
                                             Elena L. Bauer