FILED
2024 Jan-11  PM 04:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| MAXRELIEF USA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 5:22-cv-00270 |
| | ) | |
| FULFYLD, LLC, KHANITECH, LLC, | ) | |
| and AJESH KHANIJOW, | ) | |
| | ) | |
| Defendants. | ) | |

## ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

COME NOW Defendants Fulfyld, LLC, and Ajesh Khanijow (referred to collectively herein as the "Defendants") and respond to Plaintiff MaxRelief USA, Inc.'s Amended Complaint (Doc. 64) as follows:

## I. **PARTIES**

1.     Defendants are without sufficient information to admit or deny the allegations in Paragraph 1 of the Amended Complaint.

2.     Defendants admit the allegations in Paragraph 2 of the Amended Complaint.

3.     Defendants admit the allegations in Paragraph 3 of the Amended Complaint.

4.     Defendants admit the allegations in Paragraph 4 of the Amended

1

Complaint.

## II.  JURISDICTION AND VENUE

5.      Defendants admit that jurisdiction is proper in this Court.

6.      Defendants admit that Defendants are under the jurisdiction of this Court.

7.      Defendants admit that Venue is proper.

## III.  FACTUAL BACKGROUND

8.      Defendants are without sufficient information to admit or deny the allegations in paragraph 8 of the Amended Complaint.

9.      Defendants admit the allegations in paragraph 9 of the Amended Complaint.

10.     Defendants admit the allegations in paragraph 10 of the Amended Complaint.

11.     Defendants deny the allegations in paragraph 11 of the Amended Complaint.

12.     Defendants deny the allegations in paragraph 12 of the Amended Complaint.

13.     Defendants deny the allegations in paragraph 13 of the Amended Complaint.

14.     Defendants deny the allegations in paragraph 14 of the Amended

Complaint.

15.     Defendants deny the allegations in paragraph 15 of the Amended Complaint.

16.     Defendants deny the allegations of paragraph 16 of the Amended Complaint

## **Fulfyld's Systemic Failures**

17.     Defendants deny the allegations of paragraph 17 of the Amended Complaint.

18.     Defendants admit the allegations of paragraph 18 of the Amended Complaint.

19.     Defendants admit the allegations of paragraph 19 of the Amended Complaint.

20.     Defendants deny the allegations in paragraph 20 of the Amended Complaint.

21.     Defendants deny the allegations in paragraph 21 of the Amended Complaint.

22.     Defendants deny the allegations in paragraph 22 of the Amended Complaint.

23.     Defendants admit the allegations in paragraph 23 of the Amended Complaint.

24.     Defendants deny the allegations in paragraph 24 of the Amended Complaint.

25.     Defendants deny the allegations in paragraph 25 of the Amended Complaint.

26.     Defendants deny the allegations in paragraph 26 of the Amended Complaint.

27.     Defendants deny the allegations in paragraph 27 of the Amended Complaint.

28.     Defendants deny the allegations in paragraph 28 of the Amended Complaint.

29.     Defendants deny the allegations in paragraph 29 of the Amended Complaint.

30.     Defendants deny the allegations in paragraph 30 of the Amended Complaint.

31.     Defendants deny the allegations in paragraph 31 of the Amended Complaint.

32.     Defendants deny the allegations in paragraph 32 of the Amended Complaint.

33.     Defendants deny the allegations in paragraph 33 of the Amended Complaint.

34.     Defendants deny the allegations in paragraph 34 of the Amended Complaint.

35.     Defendants deny the allegations in paragraph 35 of the Amended Complaint.

36.     Defendants deny the allegations in paragraph 36 of the Amended Complaint.

37.     Defendants deny the allegations in paragraph 37 of the Amended Complaint.

38.     Defendants deny the allegations in paragraph 38 of the Amended Complaint.

39.     Defendants deny the allegations in paragraph 39 of the Amended Complaint.

40.     Defendants deny the allegations in paragraph 40 of the Amended Complaint.

41.     Defendants deny the allegations in paragraph 41 of the Amended Complaint.

42.     Defendants deny the allegations in paragraph 42 of the Amended Complaint.

43.     Defendants deny the allegations in paragraph 43 of the Amended Complaint.

44.      Defendants deny the allegations in paragraph 44 of the Amended Complaint.

## IV.        CAUSES OF ACTION

### COUNT I

### (Breach of Contract)

45.      Defendants adopt and reassert their response as provided in paragraphs 1-44 of the Amended Complaint.

46.      Defendants deny the allegations in paragraph 46 of the Amended Complaint.

47.      Defendants deny the allegations in paragraph 47 of the Amended Complaint.

48.      Defendants deny the allegations in paragraph 48 of the Amended Complaint.

49.      Defendants deny the allegations in paragraph 49 of the Amended Complaint.

50.      Defendants deny the allegations in paragraph 50 of the Amended Complaint.

51.      Defendants deny the allegations in paragraph 51 of the Amended Complaint.

52.      Defendants deny the allegations in paragraph 52 of the Amended

Complaint.

## <u>COUNT II</u>

### (Breach of Covenant of Good Faith and Fair Dealing)

53.    Defendants adopt and reassert their response as provided in paragraphs 1-44 of the Amended Complaint.

54.    Defendants admit the allegations in paragraph 54 of the Amended Complaint.

55.    Defendants deny the allegations in paragraph 55 of the Amended Complaint.

56.    Defendants deny the allegations in paragraph 56 of the Amended Complaint.

57.    Defendants deny the allegations in paragraph 57 of the Amended Complaint.

58.    Defendants deny the allegations in paragraph 58 of the Amended Complaint.

59.    Defendants deny the allegations in paragraph 59 of the Amended Complaint.

60.    Defendants deny the allegations in paragraph 60 of the Amended Complaint.

61.    Defendants deny the allegations in paragraph 61 of the Amended

Complaint.

## COUNT III

### (Negligence - Fulfyld)

62.    Defendants adopt and reassert their response as provided in paragraphs 1-44 of the Amended Complaint.

63.    Defendants deny the allegations in paragraph 63 of the Amended Complaint.

64.    Defendants deny the allegations in paragraph 64 of the Amended Complaint.

65.    Defendants deny the allegations in paragraph 65 of the Amended Complaint.

## COUNT IV

### (Negligence - Khanitech)

66.    Defendants adopt and reassert their response as provided in paragraphs 1-44 of the Amended Complaint.

67.    Defendants deny the allegations in paragraph 67 of the Amended Complaint.

68.    Defendants deny the allegations in paragraph 68 of the Amended Complaint.

69.    Defendants deny the allegations in paragraph 69 of the Amended

Complaint.

## COUNT V

### (Unjust Enrichment)

70.     Defendants adopt and reassert their response as provided in paragraphs 1-44 of the Amended Complaint.

71.     Defendants deny the allegations in paragraph 71 of the Amended Complaint.

72.     Defendants deny the allegations in paragraph 72 of the Amended Complaint.

73.     Defendants deny the allegations in paragraph 73 of the Amended Complaint.

## COUNT VI

### (Conversion, Misappropriation, Civil Theft)

74.     Defendants adopt and reassert their response as provided in paragraphs 1-44 of the Amended Complaint.

75.     Defendants deny the allegations in paragraph 75 of the Amended Complaint.

76.     Defendants deny the allegations in paragraph 76 of the Amended Complaint.

## COUNT VII

### (Conspiracy)

77.    Defendants adopt and reassert their response as provided in paragraphs 1-44 of the Amended Complaint.

78.    Defendants deny the allegations in paragraph 78 of the Amended Complaint.

79.    Defendants deny the allegations in paragraph 79 of the Amended Complaint.

80.    Defendants deny the allegations in paragraph 80 of the Amended Complaint.

81.    Defendants deny the allegations in paragraph 81 of the Amended Complaint.

## COUNT VIII

### (Declaratory Judgment – Piercing the Corporate Veil)

82.    Defendants adopt and reassert their response as provided in paragraphs 1-44 of the Amended Complaint.

83.    Defendants deny the allegations in paragraph 83 of the Amended Complaint.

84.    Defendants deny the allegations in paragraph 84 of the Amended Complaint.

85.    Defendants deny the allegations in paragraph 85 of the Amended Complaint.

86.    Defendants deny the allegations in paragraph 86 of the Amended Complaint.

87.    Defendants deny the allegations in paragraph 87 of the Amended Complaint.

88.    Defendants deny the allegations in paragraph 88 of the Amended Complaint.

## **PRAYER FOR RELIEF**

Defendants deny that Plaintiff is entitled to any of the relief requested in Paragraphs 1-6 of its Prayer for Relief.

## **AFFIRMATIVE DEFENSES**

1.    The Plaintiff has failed to state a claim upon which relief can be granted pursuant to Rule 12(b), *Federal Rules of Civil Procedure*.

2.    Defendants plead accord and satisfaction.

3.    Defendants plead lack of notice.

4.    Defendants plead lack of duty.

5.    Defendants plead lack of intent.

6.    Defendants plead failure of consideration.

7.    Defendants plead waiver, estoppel, and laches.

8.      Defendants plead unclean hands.

9.      Defendants plead setoff.

10.     Defendants plead failure to mitigate.

11.     Since discovery is ongoing in this case, Defendants reserve the right to

add additional affirmative defenses as applicable facts are discovered.

Respectfully submitted this 11th day of January 2024.


/s/ Charles A. Ray, IV
Charles A. Ray, IV (ASB-9371A51C)
*Attorney for Defendants*

**CHARLES RAY, P.C.**
200 West Side Square
Suite 50
Huntsville, AL 35801
T: (256) 346-1900
cray@charlesraypc.com

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on January 11, 2024, a copy of the foregoing document was served on the following via Electronic Case Filing a copy of same.

Elena L. Bauer
Denzel E. Okinedo
Benjamin B. Coulter
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205)251-3000
Facsimile: (205)458-5100
ebauer@burr.com
dokinedo@burr.com
bcoulter@burr.com

/s/ *Charles A. Ray, IV*
Of Counsel