UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **MAXRELIEF USA, INC.,**            ) | |
|                                      ) | |
|     **Plaintiff,**   ) | |
|                                      ) | |
| v.                                   ) | CASE NO: 5:22-cv-00270-LCB |
|                                      ) | |
| **FULFYLD, LLC, KHANITECH,**        ) | |
| **LLC and AJESH KHANIJOW,**         ) | |
|                                      ) | |
|     **Defendant.**   ) | |

| | |
|---|---|
| **FULFYLD, LLC,**                    ) | |
|                                      ) | |
|                                      ) | |
|     **Counterclaim Plaintiff,** ) | |
|                                      ) | |
| v.                                   ) | |
|                                      ) | |
|                                      ) | |
| **MAXRELIEF USA, INC.,**             ) | |
|                                      ) | |
|     **Counterclaim Defendant.** ) | |

**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S
EXHIBIT AND WITNESS LISTS**

Defendants Fulfyld LLC and Ajesh Khanijow (collectively "Defendants"), in accordance with the Fourth Amended Scheduling Order (Doc. 86), submit the

following objections to Plaintiff's Witness List (Doc. 102) and Plaintiffs' Exhibit List (Doc. 103):

Defendants object to the admission at trial of the DSB Rock Island Report and exhibits involving DSB Rock Island. Defendants have moved to exclude the report (Doc. 95) and incorporate the arguments contained within the Motion to Exclude herein. Defendants have only identified the report and other exhibits involving DSB Rock Island as exhibits on their own Exhibit List (Doc. 104) in the event that the Court does not grant their motion to exclude.

Defendants also object to the inclusion of Elaine Nelson from DSB Rock Island as a witness at trial for Plaintiff and to the admissibility of testimony from her. Defendants have identified Ms. Nelson and other representatives from DSB Rock Island on their own Witness List (Doc. 105) only in the event that the Court does not grant their motion to exclude.

Defendants make the objections for preservation purposes and reserve the right to waive the objections made and to offer the exhibits and testimony for their own purposes if their motion to exclude is not granted in full. Defendants reserve the right to supplement these objections and to raise any objection not included on this list, based upon the pertinent witness's lack of personal knowledge or some other reasonable basis.

Dated: May 2, 2025

                                                  Respectfully submitted,

                                                  */s/Amanda James Turnage*
                                                  Amanda James Turnage

**OF COUNSEL:**

Amanda James Turnage
Jordan Loftin Wagoner
Loftin Holt Hall & Hargett LLP
200 Clinton Avenue W, Suite 405
Huntsville, Alabama 35801
Telephone (256) 929-7997
bartley@loftinholt.com
amanda@loftinholt.com
jordan@loftinholt.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

     I hereby certify that on May 2, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Elena L. Bauer
    Benjamin B. Coulter
    Denzel E. Okinedo
    BURR & FORMAN LLP
    420 North 20th Street, Suite 3400
    Birmingham, Alabama 35203
    bcoulter@burr.com
    dokinedo@burr.com
    ebauer@burr.com

*Attorneys for Plaintiff MaxRelief USA, Inc.*

Charles A. Ray, IV, Esq.
200 Westside Square, Suite 50
P.O. Box 13545
Huntsville, Alabama 35801
cray@charlesraypc.com

*Attorney for Defendants Fulfyld, LLC, Khanitech, LLC, and Ajesh Khanijow*

<u>/s/ Amanda James Turnage</u>
OF COUNSEL
