# **<u>EXHIBIT A</u>**

## SUPPLEMENTARY DECLARATION OF PETER SPOTO

I, Peter Spoto, declare as follows:

1. I am over the age of 18 and competent to testify about the matters set forth herein. I give this declaration voluntarily and under penalty of perjury.

2. I am the Chief Executive Officer of MaxRelief USA, Inc. ("MaxRelief") and am a resident of Australia.

3. I have reviewed the affidavit of Ajesh Khanijow, dated May 29, 2025 and the affidavit of Paul Kim, dated April 14, 2025.

4. MaxRelief requested Fulfyld to ship two categories of shipments over the course of our business relationship: "Fulfilled by Amazon" ("FBA") shipments, and direct-to-consumer "Fulfilled by Merchant" ("FBM") shipments.

5. FBA shipments were sent from Fulfyld to Amazon warehouses, for Amazon to then ship to the end customers.

6. For these FBA shipments, Fulfyld was required to take a quantity of MaxRelief stored items, usually by the case, and apply a 1 inch x 2 5/8 inch FBA pre-printed self-adhesive white label to each item in the shipment. MaxRelief provided these FBA labels to Fulfyld.

7. The items were then consolidated for shipment and sent to Amazon using another shipping label, also provided by MaxRelief.

8. No Fulfyld labels of any form were used in this process.

9. Fulfyld charged MaxRelief $35 per hour for FBA shipments.

10. On the other hand, FBM shipments were sent directly to consumers.

11. For FBM orders, Fulfyld was required to remove one MaxRelief stored item from the shelf, place it in a shipping bag or box, apply a Fulfyld provided shipping label, and hand that item over to the carrier for shipment to the consumer.

12. Fulfyld charged MaxRelief a flat rate per piece for FBM shipments.

13. The weekly invoices Fulyfld sent to MaxRelief over the course of our business relationship confirm that FBA shipments accounted for roughly 95% of MaxRelief's overall inventory, while FBM direct-to-consumer shipments accounted for roughly 5%.

14. Each week, Fulfyld sent MaxRelief an invoice summary for all work completed that week, along with the associated data file for reconciliation purposes.

15. **Exhibit 1**, attached hereto, is one of the first invoice data files Fulfyld sent to MaxRelief. This particular file was for the third week of our business relationship.

16. The superimposed graphic on Exhibit 1 shows that for that specific invoice period, Fulfyld processed 20 FBM direct-to-consumer shipments and spent 2 hours at $35 per hour processing FBA shipments, for a total of $70 charged for FBA shipments.

17. Beginning in 2021, Fulfyld changed their data file methodology from showing only hours expended to showing the actual shipment quantities being processed per order, as well as the total cost per order.

18. Examples of the new data are attached as **Exhibit 2** and are broken down as follows:

   a. Invoice INV-30617, dated January 5, 2021, shows 148 FBM shipments and 2,434 units being shipped over 6 FBA shipments to the UAE, Germany, Canada, the USA and the UK.  The charge for this labelling service was $483.9.  $483.90 divided by $35 per hour equals 13.82 hours expended, or 829 minutes.  2,434 units divided by 829 minutes means 2.93 units were labelled per minute.

   b. Invoice INV-30660, dated January 11, 2021, also shows 148 FBM shipments and 2,577 units being shipped over 3 FBA shipments to the USA, the UAE and Saudi Arabia.  The charge for this labelling service was $548.51.  $548.51 divided by $35 per hour equals 15.67 hours expended, or 940 minutes.  2,577 units divided by 940 minutes means 2.74 units were labelled per minute.

   c. Invoice INV-31019, dated March 1, 2021, shows 274 FBM shipments and 3,631 units being shipped over 4 FBA shipments to the USA and Canada.  The charge for this labelling service was $788.22.  $788.22

divided by $35 per hour equals 22.52 hours expended, or 1,351 minutes. 3,631 units divided by 1,351 minutes means 2.68 units were labelled per minute.

19. Demonstrative **Exhibit 3**, attached hereto, extends the above calculation over the entirety of MaxRelief's and Fulfyld's relationship, spanning from September 3, 2018, to December 28, 2021.

20. Using the calculation explained above and a using a conservative 2.5 items labelled per minute on average, the percentage of all FBA shipments Fulfyld processed for MaxRelief was 98.66% in 2019, 94.12% in 2020, and 93.12% in 2021.

21. On the other hand, the percentage of FBA direct-to-consumer shipments was roughly 5% of the overall units Fulfyld processed for MaxRelief.

22. **Exhibit 4**, attached hereto, shows all Fulfyld associated data files and invoices used in the Exhibit 3 calculations.

23. **Exhibit 5**, attached hereto, shows a timeline of events using the same information. From the completion of Paul Kim's audit of MaxRelief inventory until the end of our relationship, Fulfyld shipped 131,612 units to Amazon and 13,087 units directly to consumers. Fulfyld's pre printed label theory does not account for the over 31,000 missing items.

24. The components listed in Paul Kim's affidavit are clearly identified; LG_Tr_Box, AriaAR_Dropper and LG_CCT_Boxes.  LG (Lil Giggles) and Aria

(Aria Starr) are separate and distinct brands. These components are specially printed to meet the needs of those brands. There would never be a 1000 Hour brow product sent to any consumer in packaging printed to reflect the Lil Giggles lollipop brand.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 20, 2025

_____
Peter Spoto

61303448 v1