FILED
2025 Sep-09 AM 11:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# **EXHIBIT 5**

|   | Invoice | Data File | MaxRelief shipments direct to consumer processed by Fulfyld | Hours invoiced MaxRelief by Fulfyld to construct FBA shipments to Amazon |
|---|---|---|---|---|
| 29-Apr-20 | Invoice_20305 | Max_Relief_BDR_041920_042520 | 295 |  |
| 5-May-20 | Invoice_20328 | Max_Relief_BDR_042620_050220 | 165 |  |
| 12-May-20 | Invoice_20352 | Max_Relief_BDR_050320_050920 | 162 | 20.2 |
|  | **Walmart Fulfillment Service opens by invitation only** |  |  |  |
| 25-May-20 | Invoice_20404 | Max_Relief_BDR_051720_052320 | 725 | 22 |
| 1-Jun-20 | Invoice_20427 | Max_Relief_BDR_052420_053020 | 330 | 7 |
| 8-Jun-20 | Invoice_20453 | Max_Relief_BDR_053120_060620 | 175 | 5 |
| 16-Jun-20 | Invoice_20480 | Max_Relief_BDR_060720_061320 | 145 | 15.8 |
| 22-Jun-20 | Invoice_20502 | Max_Relief_BDR_061420_062020 | 82 |  |
| 30-Jun-20 | Invoice_20531 | Max_Relief_BDR_062120_20531 | 37 | 10 |
| 6-Jul-20 | Invoice_20554 | Max_Relief_BDR_062820_070420 | 54 | 21 |
| 13-Jul-20 | Invoice_20583 | Max_Relief_BDR_070520_071120 | 34 | 12.5 |
| 20-Jul-20 | Invoice_20620 | Max_Relief_BDR_071920_072520 | 72 | 23 |
|  | **Paul Kim completes an audit of MaxRelief's inventory at Fulfyld.  This audit confirms the inventory levels at Fulfyld concur with MaxRelief's own inventory records.  Identified as Exhibits KH9 and KH10 from the Kelsey Huber deposition and attached to Affidavit of Peter Spoto** |  |  |  |
| 3-Aug-20 | Invoice_20644 | Max_Relief_BDR_072620_080120 | 189 | 15.3 |
| 9-Aug-20 | Invoice_20673 | 20673 | 84 | 5.5 |
| 25-Aug-20 | Invoice_20727 | 20727 | 85 | 18 |
| 31-Aug-20 | Invoice_20752 | 20752 | 85 | 9 |
| 8-Sep-20 | Invoice INV-20022 | 20822 | 64 | 12 |
| 21-Sep-20 | Invoice INV-30074 | E0WEjNUWQ8yws0dmUF2w_Max_Relief_BD | 42 | 19 |
| 29-Sep-20 | Invoice INV-30099 | S2C6oBUHSeWEbchTLyUX_Max_Relief_BDR | 18 | 9 |
| 5-Oct-20 | Invoice INV-30137 | 0cQWQMFoSgO3ikiQOfX8_Max_Relief_BDR_ | 76 | 0.5 |
| 12-Oct-20 | Invoice INV-30159 | YWz2YDLTdSw7lFxwAleN_Max_Relief_BDR_ | 114 |  |
| 19-Oct-20 | Invoice INV-30192 | lfQoXohWQ2aMFOT1yx7a_Max_Relief_BDR_1 | 38 | 10 |
| 26-Oct-20 | Invoice INV-30223 | 6jnpUUyCSOyWagPLOmO7_Max_Relief_BDR | 40 | 3 |
| 2-Nov-20 | Invoice INV-30256 | OcvJ3FhTRPu7rBqpoZdz_Max_Relief_BDR_10 | 35 | 35.11 |
| 9-Nov-20 | Invoice INV-30296 | aDBCkRibSHemI1AWezBC_Max_Relief_BDR_ | 60 |  |
| 16-Nov-20 | Invoice INV-30331 | Jv2mxCJTcyOC1qzLzcyI_Max_Relief_BDR_11 |  | 4.8 |
| 25-Nov-20 | Invoice INV-30383 | KRukAGMASgeDCT42xwnx_Max_Relief_BDR_ | 95 | 21 |
| 30-Nov-20 | Invoice INV-30403 | rm7NN0zpQKePAqzZO15i_Max_Relief_BDR_ | 94 |  |
| 7-Dec-20 | Invoice INV-30440 | qFIRD1NqQwyfmQs185BQ_Max_Relief_BDR_ | 109 |  |
| 14-Dec-20 | Invoice INV-30486 | VaU2xxD1Rl66eVf2d49Y_Max_Relief_BDR_12 | 82 |  |
| 21-Dec-20 | Invoice INV-30529 | Yk3GHXvRkiX4kl9WwykA_Max_Relief_BDR_1 | 96 | 8.4 |
| 28-Dec-20 | Invoice INV-30571 | NEvA5TRZKqIcAbEtcJPg_Max_Relief_BDR_12 | 99 | 24.78 |
| 5-Jan-21 | Invoice INV-30617 | mCQ3MSmrSPaKQx7jWu0S_Max_Relief_BD | 148 | 13.8 |
| 11-Jan-21 | Invoice INV-30660 | yrWnNqEwSuezGrXJEWsC_Max_Relief_BDR_ | 148 | 15.65 |
| 18-Jan-21 | Invoice INV-30721 | fXeHOsQqSOyT9nk22lhH_Max_Relief_BDR_0 | 233 | 15.75 |
| 25-Jan-21 | Invoice INV-30769 | 0dkp73R7SJCK6HLi02xF_Max_Relief_BDR_01 | 299 | 14.87 |
| 1-Feb-21 | Invoice INV-30819 | ESaFZy3JSvCa8mlumSce_Max_Relief_BDR_0 | 94 |  |
| 8-Feb-21 | Invoice INV-30855 | R0Re24zfScqoLmF4LXL9_Max_Relief_BDR_0 | 333 | 37.64 |
| 15-Feb-21 | Invoice INV-30930 | vb0DicUQtCqFWTZmKrDQ_Max_Relief_BDR_ | 103 | 12.7 |
| 22-Feb-21 | Invoice INV-30971 | Vq9izADxTe29BjJBrdSe_Max_Relief_BDR_021 | 67 | 5.7 |
| 1-Mar-21 | Invoice INV-31019 | ZDgRNZmsTrWx7FKRIJpC_Max_Relief_BDR_0 | 274 | 22.5 |
| 3-Mar-21 | Invoice INV-31078 | 8CCH8nISi6vOr1mh0fVQ_Max_Relief_BDR_0 | 64 | 11.5 |
| 15-Mar-21 | Invoice INV-31135 | Max_Relief_BDR_030721_031321 | 207 |  |
| 22-Mar-21 | Invoice INV-31191 | 0blyzC7bT7yItNjjWKoE_Max_Relief_BDR_031 | 448 | 26.17 |
| 29-Mar-21 | Invoice INV-31255 | Wj1NaCWQSKuWblzMKPD7_Max_Relief_BDR_ | 1996 | 17 |

| Date | Invoice | Reference | Units | Amount |
|---|---|---|---|---|
| 5-Apr-21 | Invoice INV-31321 | rQWBDbuTRNa2fB6pcEIO_Max_Relief_BDR_ | 1289 | |
| 12-Apr-21 | Invoice INV-31371 | 3Zu3ETyuQqqyM875XZ8f_Max_Relief_BDR_0 | 711 | 14 |
| 19-Apr-21 | Invoice INV-31437 | J50jj3BQSR6jNc5JTMfo_Max_Relief_BDR_041 | 807 | |
| 26-Apr-21 | Invoice INV-31491 | YyGqLN6GT2GLSuPz5C4B_Max_Relief_BDR_ | 480 | |
| 3-May-21 | Invoice INV-31632 | OEMPLZjkRy6jUnUqwIq4_Max_Relief_BDR_0 | 663 | 16.9 |
| 17-May-21 | Invoice 31717 | Max_Relief_BDR_050921_051521 | 188 | |
| 25-May-21 | Invoice 31691 | Max_Relief_BDR_050221_050821 | 122 | |
| | **MaxRelief particiaptes for the 1st time in Walmart Fulfillment Service** | | | |
| 31-May-21 | Invoice 31824 | jOj17pLTVWiOJQ9dbrho_Max_Relief_BDR_05 | 222 | 114.68 |
| 15-Jun-21 | Invoice 31946 | KbvFLcivRWSGyLY6cw1O_Fulfyld_BDR_0606 | 294 | 43 |
| 22-Jun-21 | Invoice 32006 | 7pLTVWiOJQ9dbrho_Max_Relief_BDR_05232 | 119 | |
| 29-Jun-21 | Invoice 32062 | LVp5rOAgRsOsz3ZYQWCJ_Fulfyld_BDR_0620 | 92 | 2 |
| 7-Jul-21 | Invoice 32116 | iBvEufRYQKirqKQdc5dV_Fulfyld_BDR_0627 | 66 | 25.5 |
| 13-Jul-21 | Invoice 32176 | 4qCok8RSVWdkVxZAYz3C_Fulfyld_BDR_070 | 116 | 34.5 |
| 20-Jul-21 | Invoice 32239 | EuBBSvBMQwij2bxT3R1F_Fulfyld_BDR_071 | 61 | 10 |
| 27-Jul-21 | Invoice 32290 | 3c5i075CQ3Gjqx1Xh4jv_Fulfyld_BDR_07182 | 44 | 43.8 |
| 3-Aug-21 | Invoice 32350 | EmPMUX1TTreSLoIHo7YT_Fulfyld_BDR_0725 | 41 | |
| 17-Aug-21 | Invoice 32477 | CMH0OJoT9ePW7b7TF7JU_Fulfyld_BDR_080 | 73 | 38.5 |
| 24-Aug-21 | Invoice 32536 | vIXA6MwpTAOarUmj6r6P_Fulfyld_BDR_0815 | 86 | 8.5 |
| 31-Aug-21 | Invoice 32607 | X9IIsBSWSCMOxQ58hvQ4_Fulfyld_BDR_08 | 107 | 4 |
| 7-Sep-21 | Invoice 32658 | PqKj2ahKRcKvKLtr2Tv0_Fulfyld_BDR_082 | 72 | 23.9 |
| 14-Sep-21 | Invoice 32753 | Fulfyld_BDR_090521_091121__Max Relief | 43 | 15.7 |
| | **Paul Kim Departs Fulfyld** | | | |
| 21-Sep-21 | Invoice 32813 | Fulfyld_BDR_091221_091821__Max Relief | 66 | 9.28 |
| 28-Sep-21 | Invoice 32882 | Fulfyld_BDR_091921_092521__Max Relief | 54 | 7.4 |
| 5-Oct-21 | Invoice 32954 | Fulfyld BDR - Max Relief - a3M4x000000H | 38 | |
| 12-Oct-21 | Invoice 33058 | Fulfyld BDR - Max Relief - a3M4x000000HOx | 52 | |
| 18-Oct-21 | Invoice 33128 | Fulfyld BDR - Max Relief - 4xREA418102021 | 43 | 38 |
| 25-Oct-21 | Invoice 33195 | Fulfyld BDR - Max Reliefa3M4xo5E25102021 | 62 | |
| 2-Nov-21 | Invoice 33272 | Fulfyld BDR - Max Relief - a3M4x0000 | 42 | |
| 9-Nov-21 | Invoice 33348 | Fulfyld BDR - Max Relief - a3M4x000000HQ | 59 | 19.28 |
| 15-Nov-21 | Invoice 33419 | Fulfyld BDR - Max Relief - a3UzEAO15112021 | 54 | |
| 22-Nov-21 | Invoice 33489 | Fulfyld BDR - Max Relief - a3M4x00000 | 32 | |
| 30-Nov-21 | Invoice 33562 | u94UBrxSGSIa0Rq1wZea_Fulfyld+BDR+-+Ma | 44 | 14.6 |
| 6-Dec-21 | Invoice 33643 | Fulfyld BDR - Max Relief - a3M4x00 | 67 | |
| 13-Dec-21 | Invoice 33724 | Fulfyld BDR - Max Relief - a3M4ZwuEAG | 493 | |
| 20-Dec-21 | Invoice 33796 | Fulfyld BDR - Max Relief - a3M4xHa5EEAS | 308 | 4.2 |
| 28-Dec-21 | Invoice 33875 | Fulfyld BDR - Max Relief - a3M4x0HaCeEA | 58 | 1 |

| | | |
|---|---|---|
| | Total direct to consumer units shipped since Paul Kim Audit | 13,087 |
| | Estimated FBA Units Shipped | 131,612 |